# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD STEWART

NO. 2022 KW 1108

**DECEMBER 1, 2022**

---

In Re:    Edward Stewart, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 166,989.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**   Relator's request to amend his felony sentences is untimely.  See La. Code Crim. P. art. 881(A). Furthermore, La. Code Crim. P. art. 883 specifically excludes from its scope sentences that the court expressly directs to be served consecutively. **State v. Letell,** 2012-0180 (La. App. 1st Cir. 10/25/12), 103 So.3d 1129, 1138, writ denied, 2012-2533 (La. 4/26/13), 112 So.3d 838.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.SₙD*

DEPUTY CLERK OF COURT
FOR THE COURT